

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00752-CV

Erlinda **RODRIGUEZ**,
Appellant

v.

Johnny **NEWMAN**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33215
Honorable Robert Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of this court. This cause is REVERSED AND REMANDED to the trial court for further proceedings. Costs of this appeal are taxed against the parties who incurred them.

SIGNED March 28, 2018.

_____
Irene Rios, Justice